**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joseph Tate Bailey v. The State of Texas

Appellate case number:   01-15-00215-CR

Trial court case number: 1411201

Trial court:             248th District Court of Harris County

      The Court today grants Lana Gordon's motion to withdraw as counsel of record for Joseph Bailey. It is so ORDERED.

Judge's signature: /s/ Jane Bland

           ☒ Acting individually    ☐ Acting for the Court

Date: April 12, 2016